**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| PAUL KINDERMANN, JR. AND KAREN KINDERMANN, | : No. 114 EAL 2015 |
|---|---|
| | : |
| | : |
| Petitioners | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| JOSEPH CUNNINGHAM, | : |
| | : |
| Respondent | : |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 29th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.